# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148159

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SHANE NOWAK,
          Plaintiff-Appellee,

v

                                      SC: 148159
                                      COA: 313713
                                      Oakland CC: 11-119706-CD

DAVID MACIEJEWSKI, a/k/a DAVE MAC,
and FALCON GROUP, INC.,
          Defendants-Appellants.

_____/

       On order of the Court, the application for leave to appeal the September 17, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



t0324

                               Clerk